WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
knielson@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-3, Mortgage Loan Asset Backed Certificates, Series 2007-3*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2007-3, MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2007-3,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; HEATHER GLEN HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada Corporation; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | Case No.: 2:18-cv-00194-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT HEATHER GLEN HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-3, Mortgage Loan Asset Backed Certificates, Series 2007-3 ("Deutsche Bank"), and Defendant, Heather Glen Homeowners Association ("HOA") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On February 2, 2018, Deutsche Bank filed its Complaint which named HOA as a

1 defendant [ECF No. 1]. On April 6, 2018, HOA filed its Motion to Dismiss [ECF No. 9] (the
2 "Motion"). Presently, the deadline for Deutsche Bank to file and serve its response to HOA's
3 Motion is April 20, 2018.

4     The Parties have discussed extending the deadline for Deutsche Bank to file its response
5 by two weeks to May 4, 2018. The Parties have also agreed that the deadline for HOA to file its
6 Reply will be extended two weeks from the deadline determined by LR 7-2(b), and that any
7 hearing on the Motion shall be reset in accordance with these extensions.

8     This is the first stipulation for extension of time for Deutsche Bank to respond to HOA's
9 Motion to Dismiss. The extension is requested in good faith and is not for purposes of delay or
10 prejudice to any other party.

11 /././
12 /././
13 /././
14 /././
15 /././
16 /././
17 /././
18 /././
19 /././
20 /././
21 /././
22 /././
23 /././
24 /././
25 /././
26 /././
27 /././
28 /././

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Deutsche Bank to file its response to HOA's Motion to Dismiss shall be extended to May 4, 2018. IT IS FURTHER STIPULATED that the deadline for HOA to file its Reply in support of its Motion to Dismiss shall be three weeks from the filing of Deutsche Bank's response, to May 25, 2018. IT IS FURTHER STIPULATED AND AGREED that any hearing on HOA's Motion shall be continued in accordance with these extensions.

| | |
|---|---|
| DATED this 18th day of April, 2018.<br>WRIGHT, FINLAY & ZAK, LLP<br><br>*/s/ Krista J. Nielson*<br>Christina V. Miller, Esq.<br>Nevada Bar No. 12448<br>Krista J. Nielson, Esq.<br>Nevada Bar No. 10698<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-3, Mortgage Loan Asset Backed Certificates, Series 2007-3* | DATED this 18th day of April, 2018.<br>MADDOX ISAACSON CISNEROS, LLP<br><br>*/s/ Barbara M. McDonald*<br>Troy L. Isaacson, Esq.<br>Nevada Bar No. 6690<br>Norberto J. Cisneros, Esq.<br>Nevada Bar No. 8782<br>Barbara M. McDonald, Esq.<br>Nevada Bar No. 11651<br>11920 Southern Highlands Parkway, Suite 100<br>Las Vegas, NV 89141<br>*Attorneys for Heather Glen Homeowners Association* |

**ORDER**

**IT IS SO ORDERED.**

DATED this 19 day of April, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT