WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
knielson@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-3, Mortgage Loan Asset Backed Certificates, Series 2007-3*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2007-3, MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2007-3,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; HEATHER GLEN HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada Corporation; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | Case No.: 2:18-cv-00194-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-3, Mortgage Loan Asset Backed Certificates, Series 2007-3 ("Deutsche Bank"), Defendant, SFR Investments Pool 1, LLC ("SFR"), and Defendant, Heather Glen Homeowners Association ("HOA") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On February 2, 2018, Deutsche Bank filed its Complaint which named SFR and HOA as defendants [ECF No. 1]. On April 23, 2018, SFR filed its Motion to Dismiss [ECF No. 20] (the "Motion"). On April 24, 2018, HOA filed its Joinder to the Motion. Presently, the deadline for Deutsche Bank to file and serve its response to SFR's Motion and the HOA's Joinder is May 7, 2018. The Parties have discussed extending the deadline for Deutsche Bank to file its response by two weeks to May 21, 2018.

This is the first stipulation for extension of time for Deutsche Bank to respond to SFR's Motion to Dismiss. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

*/././*

*/././*

*/././*

*/././*

*/././*

*/././*

*/././*

*/././*

*/././*

*/././*

*/././*

*/././*

*/././*

*/././*

*/././*

*/././*

*/././*

*/././*

*/././*

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Deutsche Bank to file its response to SFR's Motion to Dismiss and HOA's Joinder shall be extended to May 21, 2018.

DATED this 1st day of May, 2018.
WRIGHT, FINLAY & ZAK, LLP

*/s/ Krista J. Nielson*
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-3, Mortgage Loan Asset Backed Certificates, Series 2007-3*

DATED this 1st day of May, 2018.
MADDOX ISAACSON CISNEROS, LLP

*/s/ Troy L. Isaacson*
Troy L. Isaacson, Esq.
Nevada Bar No. 6690
11920 Southern Highlands Parkway, Suite 100
Las Vegas, NV 89141
*Attorneys for Defendant, Heather Glen Homeowners Association*

DATED this 1st day of May, 2018.
KIM GILBERT EBRON

*/s/ Diana S. Ebron*
Diana S. Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for Defendant, SFR Investments Pool 1, LLC*

**ORDER**

**IT IS SO ORDERED.**

DATED this __4__ day of May, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT