WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
knielson@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-3, Mortgage Loan Asset Backed Certificates, Series 2007-3*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2007-3, MORTGAGE LOAN ASSET BACKED CERTIFICATES, SERIES 2007-3,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; HEATHER GLEN HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation; NEVADA ASSOCIATION SERVICES, INC., a Nevada Corporation; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | Case No.: 2:18-cv-00194-GMN-GWF<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT, HEATHER GLEN HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS AMENDED COMPLAINT<br><br>(First Request) |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-3, Mortgage Loan Asset Backed Certificates, Series 2007-3 ("Deutsche Bank"), and Defendant, Heather Glen Homeowners Association ("HOA") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On February 2, 2018, Deutsche Bank filed its Complaint which named SFR and HOA as

defendants [ECF No. 1]. On July 3, 2018, Deutsche Bank filed its Amended Complaint [ECF No. 49] On July 17, 2018, HOA filed its Motion to Dismiss Amended Complaint [ECF No. 50] (the "Motion"). Presently, the deadline for Deutsche Bank to file and serve its response to HOA's Motion is July 31, 2018. The Parties have discussed extending the deadline for Deutsche Bank to file its response by two weeks to August 14, 2018.

This is the first stipulation for extension of time for Deutsche Bank to respond to HOA's Motion to Dismiss Amended Complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Deutsche Bank to file its response to HOA's Motion to Dismiss Amended Complaint shall be extended to August 14, 2018.

DATED this 31 day of July, 2018.
WRIGHT, FINLAY & ZAK, LLP

Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-3, Mortgage Loan Asset Backed Certificates, Series 2007-3*

DATED this 31 day of July, 2018.
MADDOX ISAACSON CISNEROS, LLP

Barbara Maddox — NV Bar 11651

Troy L. Isaacson, Esq.
Nevada Bar No. 6690
11920 Southern Highlands Parkway, Suite 100
Las Vegas, NV 89141
*Attorneys for Defendant, Heather Glen Homeowners Association*

## ORDER

**IT IS SO ORDERED.**

DATED this 4 day of August, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT